

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2020

No. 04-19-00662-CV

**MEDFINMANAGER, LLC** and Joel Clapick,
Appellants

v.

Robert M. **STONE** and Raymond S. Deleon,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-17804
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellants' brief was originally due December 19, 2019. On December 31, 2019, this court ordered appellants to file their brief by January 13, 2020 and a response reasonably explaining their failure to timely file the brief. On January 13, 2019, appellants filed a motion requesting an extension of time until January 20, 2020 to file their brief. After consideration, we **GRANT** appellants' motion and **ORDER** appellants to file their brief **by January 21, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court